WHITE SQUALL, The (GARDNER v.). See Case No. 5.239.

WHITE WATER VALLEY CANAL CO. (CONWELL v.). See Case No. 3,148.

WHITEWATER VALLEY CANAL CO. (VALLETTE v.). See Case No. 16,820.

## Case No. 17,571.

### WHITFIELD v. ALLISON.

[2 Am. Law Rev. 188.]

District Court, D. Mississippi. 1867.

RUNNING OF LIMITATIONS — SUSPENSION BY CIVIL WAR.

[The suspension of the federal court in Mississippi by reason of the Rebellion suspended the running of limitations as to persons having a right to pursue their remedies in that court.]

HILL, District Judge. held that the time during which the United States court for the district of Mississippi was suspended, from about the 9th of January, 1861, to the 1st of June, 1866, must be deducted from the time constituting the bar under the statute of limitations; the complainant having, from the execution of the obligation, been and remained a citizen of another state. and entitled to bring his bill in the United States court,—in other words, that the supension of the court, by reason of the Rebellion, suspended the statute of limitations as to all persons having a right to pursue their remedies in the national courts, the functions of which were so suspended.

[See Case No. 12,006.]

[Nowhere fully reported; opinion not now accessible.]